UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                             CASE NO. 2:15-cr-39-FtM-38CM

ORENTAL JAMES ALLEN, JR.
_____

## FORFEITURE MONEY JUDGMENT

18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), for a forfeiture money judgment in the amount of $5,499.00, representing the amount of proceeds obtained as a result of the violation alleged in Count One of the Superseding Indictment.

The defendant pleaded guilty to the armed robbery of the Fifth Third Bank, 2068 Cleveland Avenue, Fort Myers, Florida, in violation of 18 U.S.C. §§ 2113(a), 2113(d), 2113(e), as charged in Count One of the Superseding Indictment, and the Court adjudged him guilty of this offense.  Docs. 48, 53.

Being fully advised in the relevant facts, the Court finds that the amount of proceeds obtained as a result of the offense of conviction is $5,499.00, and the United States is entitled to a forfeiture money judgment against the defendant in that amount pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Accordingly, it is **ORDERED t**hat the motion of the United States is **GRANTED**.  Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the defendant is jointly and

severally liable to the United States of America with co-defendant Tardell Moore for a forfeiture money judgment in the amount of $5,499.00 upon Moore's conviction for the same offense.

In accordance with Rule 32.2(b)(4) and the defendant's plea agreement (Doc. 49, p. 7), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to complete the forfeiture and disposition of any asset that the United States is entitled to seek as a substitute asset under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), in satisfaction of the defendant's $5,499.00 money judgment.

**ORDERED** in Fort Myers, Florida, this 2nd day of November, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties\Counsel of Record